IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20272
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS OLIVER MORGAN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-548-1
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Thomas Oliver Morgan's court-appointed attorney has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Morgan has received a copy of counsel's brief and motion and has filed a response. Morgan contends that his plea was not knowingly and voluntarily made and that his attorney failed to adequately assist Morgan with his appeal. He moves this court to appoint a new attorney.

Our independent review of the brief and the record discloses no nonfrivolous issue, and indicates that Morgan's guilty plea

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

was knowingly and voluntarily made.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  Morgan's request for the appointment of new counsel is DENIED.